UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>   Plaintiff,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>   Defendants. | Civil No. 1:23-cv-11802 |

## NOTICE OF APPEARANCE

Please enter the appearance of Allen M. Thigpen of Foley Hoag LLP on behalf of Plaintiff Charles M. Murrell III.

CHARLES M. MURRELL III

By his attorney,

/s/ *Allen M. Thigpen*
Allen M. Thigpen (BBO No. 707799)
FOLEY HOAG LLP
155 Seaport Blvd., Suite 1600
Boston, Massachusetts 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
athigpen@foleyhoag.com

Dated: August 8, 2023

## CERTIFICATE OF SERVICE

I certify that on August 8, 2023, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Allen M. Thigpen*
Allen M. Thigpen