UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>    Plaintiff,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>    Defendants. | Civil No. 1:23-cv-11802 |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony Mirenda of Foley Hoag LLP on behalf of Plaintiff Charles M. Murrell III.

CHARLES M. MURRELL III

By his attorney,

/s/ *Anthony Mirenda*
Anthony Mirenda (BBO No. 550587)
FOLEY HOAG LLP
155 Seaport Blvd., Suite 1600
Boston, Massachusetts 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
ADM@foleyhoag.com

Dated: August 8, 2023