UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>    Plaintiff,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>    Defendants. | Civil No. 1:23-cv-11802 |

## NOTICE OF APPEARANCE

Please enter the appearance of Caroline Holliday of Foley Hoag LLP on behalf of Plaintiff Charles M. Murrell III.

                CHARLES M. MURRELL III

                By his attorney,

                /s/ *Caroline Holliday*
                Caroline Holliday (BBO No. 707301)
                FOLEY HOAG LLP
                155 Seaport Blvd., Suite 1600
                Boston, Massachusetts 02210-2600
                Tel: 617-832-1000
                Fax: 617-832-7000
                cholliday@foleyhoag.com

Dated: August 10, 2023

**CERTIFICATE OF SERVICE**

      I certify that on August 10, 2023, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      /s/ *Caroline Holliday*
                                      Caroline Holliday