# Exhibit A

## AFFIDAVIT OF NON-SERVICE

| Case: 1:23-CV-11802-IT | Court: UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | County: | Job: 9337350 |
|---|---|---|---|
| Plaintiff / Petitioner: CHARLES M MURRELL III | | Defendant / Respondent: PATRIOT FRONT, ET AL. | |
| Received by: Stealth Process | | For: Dallas Civil Process & Legal Support Service | |
| To be served upon: PATRIOT FRONT C/O THOMAS ROUSSEAU | | | |

I, JayKob McArter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PATRIOT FRONT C/O THOMAS ROUSSEAU, ▅▅▅▅▅ GRAPEVINE, TX 76051
**Manner of Service:** Bad Address
**Documents:** Summons and Complaint (Received Aug 9, 2023 at 10:01am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 10, 2023, 11:56 am CDT at ▅▅▅▅▅ GRAPEVINE, TX 76051
The house looks like it's staged for sale. All windows have no blinds and there's a sign in the front lawn for the michael group.

_/s/ JayKob McArter_                  08/11/2023

JayKob McArter                         Date
PSC-20627

Stealth Process
4425 W AIRPORT FWY., SUITE 356
IRVING, TX 75062
817-770-1667

# AFFIDAVIT OF NON-SERVICE

| Case:<br>1:23-CV-11802-IT | Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | County: | Job:<br>9337414 (1:23-CV-11802-IT) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CHARLES M MURRELL III | | Defendant / Respondent:<br>PATRIOT FRONT, ET AL. | |
| Received by:<br>Stealth Process | | For:<br>Dallas Civil Process & Legal Support Service | |
| To be served upon:<br>THOMAS ROUSSEAU | | | |

I, JayKob McArter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** THOMAS ROUSSEAU, ▮▮▮▮▮ GRAPEVINE, TX 76051
**Manner of Service:** Bad Address
**Documents:** Summons and Complaint (Received Aug 9, 2023 at 10:13am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 10, 2023, 11:55 am CDT at ▮▮▮▮▮ GRAPEVINE, TX 76051
The house looks like it's staged for sale. All windows have no blinds and there's a sign in the front lawn for the michael group.

_/s/ JayKob McArter_                           08/11/2023

JayKob McArter                                  Date
PSC-20627

Stealth Process
4425 W AIRPORT FWY., SUITE 356
IRVING, TX 75062
817-770-1667