# Exhibit B

CAUSE NO. 1:23-CV-11802-IT

| | | |
|---|---|---|
| CHARLES M. MURRELL III | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, MASSACHUSETTS |
| | § | |
| PATRIOT FRONT, ET AL. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF |
| | § | MASSACHUSETTS |

## AFFIDAVIT OF DUE DILIGENCE

On this day personally appeared **Sabrina Hilt** who, being by me duly sworn, deposed and said:

"The following came to hand on **Aug 18, 2023, 9:17 am**,

SUMMONS IN A CIVIL ACTION; COMPLAINT; ,

For delivery to PATRIOT FRONT c/o Thomas Rousseau

1) Unsuccessful Attempt: Aug 22, 2023, 11:56 am CDT at ▮▮▮▮▮▮▮▮▮▮▮▮▮, Haslet, TX 76052
I knocked a few times, and the door went unanswered. I left my contact information attached to the door. There is a For Rent sign in the front of the house (SKK0628 Registrants: Robert Berry, Robert Berry, I, SR). Tried to speak with the neighbors, but no one answered except the cleaners at ▮▮▮▮▮▮▮▮▮▮, and they didn't know who lived there.

2) Unsuccessful Attempt: Aug 26, 2023, 2:44 pm CDT at ▮▮▮▮▮▮▮▮▮, Haslet, TX 76052
My previous call back request business card I left attached has been removed. I left another business card, which contains my contact information, attached to the front door. I did not get an answer at the door once again.

3) Unsuccessful Attempt: Aug 29, 2023, 6:43 pm CDT at ▮▮▮▮▮▮▮▮▮, Haslet, TX 76052
The call back request card was removed from the last attempt. I spoke to the neighbors, and they do not know who lives or has lived at 1▮▮▮▮▮▮▮▮▮.

4) Unsuccessful Attempt: Sep 1, 2023, 7:12 am CDT at ▮▮▮▮▮▮▮▮▮, Haslet, TX 76052
The previous business card I left attached to the door has been removed. I left another call back request card attached to the door. There was not answer at knock on the door.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Sabrina Hilt  PSC 21968   EXP 03/31/2025

**BEFORE ME,** a Notary Public, on this day personally appeared **Sabrina Hilt**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON ___9-6- 2023___

Notary Public, State of Texas

TERESA MARTINEZ
Notary Public, State of Texas
Comm. Expires 07-19-2024
Notary ID 130744140