# Exhibit D

CAUSE NO. 1:23-CV-118025-IT

| | | |
|---|---|---|
| CHARLES M MURRELL III | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, MASSACHUSETTS |
| | § | |
| PATRIOT FRONT, ET AL. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |

## AFFIDAVIT OF DUE DILIGENCE

"The following came to hand on **Oct 31, 2023, 11:55 am**,

**SUMMONS IN A CICIL ACTION, COMPLAINT, ,**

For delivery to Brenner Alexander Cole, C/O Patriot Front

1) Unsuccessful Attempt: Nov 1, 2023, 5:32 pm CDT at Home: ▇▇▇▇▇▇▇▇ Driftwood, TX 78619
Spoke to father of target. Claims he resides in San Antonio with no further information provided. Left contact card with him to send to target

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Fred Dingerson**, my date of birth is ▇▇▇▇▇▇▇, and my address is ▇▇▇▇▇▇▇▇▇▇ **kyle, Texas 78640**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Hays** County, State of **TX**, on **November 02, 2023**.

*Fred Dingerson* (signature)

**Fred Dingerson**