# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CHARLES M MURRELL III**

*Plaintiff*

v.

Civil Action No.: **1:23–CV–11802–IT**

**PATRIOT FRONT, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patriot Front
c/o Thomas Rousseau
714 Highview Lane
Grapevine, TX 76051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony D. Mirenda, FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600, (617) 832-1000, ADM@foleyhoag.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023–08–08 11:35:43**, Clerk USDC DMA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHARLES M. MURRELL III,

Plaintiff,

v.

PATRIOT FRONT, THOMAS ROUSSEAU,
AND JOHN DOES 1-99,

Defendants.

Civil No. 1:23-cv-11802

**AFFIDAVIT OF SERVICE**

I, B. Keith Wheeler, being duly sworn, deposes and says as follows:

1.     I am over the age of eighteen years, am an agent of Beacon Hill Research, Inc., and am not a party to this action.

2.     On November 10, 2023, I served Patriot Front via email addresses patriotfront@protonmail.com and patriotfront01@gmail.com the following documents filed in this action:

      a.   Complaint (ECF No. 1);

      b.   Summons (ECF No. 3);

      c.   Civil Action Cover Sheet (ECF No. 1-1);

      d.   Category Form (ECF No. 1-2); and

      e.   Memorandum & Order Allowing Service by Alternative Means (ECF No. 20).

3.      Upon completing service via e-mail, I did not receive a "bounce back" email from either email account.

4.      On November 13, 2023, I also served Patriot Front with the above-mentioned documents via the social media website Telegram at account @PatriotFrontUpdates by attaching all the above-mentioned documents to a direct message and sending that direct message to the account's user.

5.      Also on November 13, 2023, I further attempted to serve Patriot Front with the aforementioned documents on other video-related social media pages referenced by Patriot Front's website (the "Video Pages"). Those Video Pages are as follows:

   a.   Telegram accounts @patriotfrontvideos, @sons_of_columbia, and @PatriotFrontSightings;

   b.   Gab account @Patriot Front;

   c.   Odysee video pages @PatriotFront and @PatriotFrontExtras; and

   d.   Bitchute video page Patriot-Front.

6.      Unlike Patriot Front's primary Telegram page (@PatriotFrontUpdates), which permitted me to attach documents in a direct message to the account's user, there appears to be no mechanism by which to attach documents for service on the Video Pages.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

November 20, 2023
Wellesley Hills, Massachusetts

B. Keith Wheeler
Beacon Hill Research, Inc.
25 Walnut Street
Suite 205
Wellesley Hills, MA 02481