UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 1:23-CV-11802-IT

**CHARLES M. MURRELL, III,**
    Plaintiff(s),

v.

**PATRIOT FRONT, THOMAS ROUSSEAU,
And JOHN DOES 1-99**
    Defendant(s),

## AFFIDAVIT OF ALTERNATE SERVICE

I, B. Keith Wheeler, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.
That on the 20th day of December 2023, I served the following documents upon Patriot Front c/o Thomas Rousseau by sending the documents to Patriot Front c/o Thomas Rousseau, by email to patriotfront@protonmail.com and to patriotfront01@gmail.com :.

1. ECF 23 Notice of Default
2. ECF 24 Standing Order Regarding Motions for Default Judgment

Also, on the 20th day of December 2023, I posted the following documents to the home page of Patriot Front on the social media site Telegram:

1. ECF 23 Notice of Default
2. ECF 24 Standing Order Regarding Motions for Default Judgment

I attempted to serve the aforementioned documents on the following social media sites:

Telegram video pages.
Gab video pages.
Odysee video page
Bitchute video page.

There appears to be no mechanism in which to attach the court documents for service on the various video pages.

_____
B. Keith Wheeler
Beacon Hill Research, Inc.
25 Walnut Street
Suite 205
Wellesley Hills, Ma. 02481