UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

KRTS



NEOPOST
04/23/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL

ZIP 02210
041M11276665

USMS SCREENED

Thomas Rousseau
McLennan County Jail
3201 Martin Highway
Waco, TX

This Letter Returned
To Sender Because
☑ Not At This Address
☐ Letter Contains Co...
☐ Need Full N...

NIXIE        750    DE 1        0005/05/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 02210302599        *2521-05362-24-01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES M. MURRELL, III | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-11802-IT |
| | * | |
| PATRIOT FRONT, THOMAS | * | |
| ROUSSEAU, JOHN DOES 1-99 | * | |
| | * | |
| Defendants. | | |

## NOTICE OF DEFAULT

April 23, 2024

TALWANI, D.J.

Upon application of the Plaintiff for an Order of Default pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure against Defendant Thomas Rousseau, for failure to answer or

otherwise respond to the Complaint filed by the Plaintiff, notice is hereby given that Defendant

Thomas Rousseau has been defaulted on this 23rd day of April 2024.

ROBERT FARRELL, CLERK

By:    /s/ Danielle Kelly
       Deputy Clerk

**Notice Mailed To:**
**Thomas Rousseau**
McLennan County Jail
3201 Marlin Highway
Waco, TX 76705

**Thomas Rousseau**
117 Hillcrest Drive
Decatur, TX 76234

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES M. MURRELL, III          *
                                 *
        Plaintiff,               *
                                 *
        v.                       *    Civil Action No. 1:23-cv-11802-IT
                                 *
PATRIOT FRONT, THOMAS            *
ROUSSEAU, JOHN DOES 1-99         *
                                 *
        Defendants.

**STANDING ORDER REGARDING MOTIONS FOR DEFAULT JUDGMENT**

A Notice of Default has been issued as to the Defendant Thomas Rosseau upon request of the plaintiff(s) in the above entitled action.

In anticipation of a Motion for Entry of Default Judgment being filed, counsel are advised of the following requirements for submission of such motion in order to ensure compliance with Rule 55 of the Federal Rule of Civil Procedure:

1. A party seeking a default judgment shall file a motion within 30 days of the date of the issuance of this Order and shall comply with all the requirements of Fed. R. Civ. P. 55, including those related to filing of affidavits. The moving party shall submit with the motion for default judgment an appropriate form of default judgment in the fashion of the draft order attached hereto as Appendix A;

2. Within 14-days from the filing of a motion for default judgment, the party against whom default judgment is sought may file a substantiated opposition to the default judgment motion and request a hearing thereon;

3. The Court will take up the motion for default judgment on the papers at the conclusion of the 14-day period. Should the motion for default judgment at that time fail to comply with Fed. R. Civ. P. 55, the motion will be denied without prejudice, but any renewed motion for default judgment may not include a request for interest, costs, or attorneys' fees in the matter;

4. If for any reason the moving party cannot take necessary and appropriate action within the timeliness set forth herein, that party shall file an affidavit describing the status of this case and show good cause why necessary and appropriate action with respect to this Standing ORDER cannot be taken in a timely fashion and further why this case should remain on the docket. Failure to comply with this paragraph will result in the entry of dismissal of the moving party's claims for want of prosecution.

By the Court,

/s/ Danielle Kelly
Deputy Clerk

Date: April 23, 2024

APPENDIX A

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*


_____
                Plaintiff(s)

                    v.                                                    CIVIL ACTION NO:

_____
                Defendant(s)

                            FORM OF
                       DEFAULT JUDGMENT

_____,


Defendant _____having failed to plead or otherwise defend in this action and its default having been entered,


  Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____.


  It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant

_____the principal amount of $_____, with costs in the amount of

$_____and prejudgment interest at the rate of _____% from _____

to _____in the amount of $_____for a total judgment of

$_____with interest as provided by law.

                                                                        By the Court,

                                                        _____

                                                                        DEPUTY CLERK


DATED:


NOTE:  The post judgment interest rate effective this date is _____%.