UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



CERTIFIED MAIL

7019 2970 0001 7999 0936

NEOPOST
04/23/2024
US POSTAGE $005.04⁰

FIRST-CLASS MAIL

ZIP 02210
041M11276665



USPS DECATUR, TX
APR
USMS SCREENED

Thomas Rousseau
117 Hillcrest Drive
Decatur,

U.S. DISTRICT COURT
DISTRICT OF MASS.

2024 MAY 28 PM 12: 14

FILED
IN CLERK'S OFFICE

NIXIE          750   DE 1          0005/18/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 02210302599     *0821-01553-23-47

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Thomas Rousseau<br>117 Hillcrest Drive<br>Decatur, TX 76234 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9402 5629 9308 5026 52

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | |
| ☐ Collect on Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Insured Mail | ☐ Signature Confirmation Restricted Delivery |
| ail Restricted Delivery )) | |

2. Article Number (Transfer from service label)

7019 2970 0001 7999 0936

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES M. MURRELL, III | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-11802-IT |
| | * | |
| PATRIOT FRONT, THOMAS | * | |
| ROUSSEAU, JOHN DOES 1-99 | * | |
| | * | |
| Defendants. | | |

NOTICE OF DEFAULT

April 23, 2024

TALWANI, D.J.

Upon application of the Plaintiff for an Order of Default pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure against Defendant Thomas Rousseau, for failure to answer or

otherwise respond to the Complaint filed by the Plaintiff, notice is hereby given that Defendant

Thomas Rousseau has been defaulted on this 23rd day of April 2024.

ROBERT FARRELL, CLERK

By:   /s/ Danielle Kelly
      Deputy Clerk

**Notice Mailed To:**
**Thomas Rousseau**
McLennan County Jail
3201 Marlin Highway
Waco, TX 76705

**Thomas Rousseau**
117 Hillcrest Drive
Decatur, TX 76234

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES M. MURRELL, III | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-11802-IT |
| | * | |
| PATRIOT FRONT, THOMAS | * | |
| ROUSSEAU, JOHN DOES 1-99 | * | |
| | * | |
| Defendants. | | |

**STANDING ORDER REGARDING MOTIONS FOR DEFAULT JUDGMENT**

A Notice of Default has been issued as to the Defendant Thomas Rosseau upon request of the plaintiff(s) in the above entitled action.

In anticipation of a Motion for Entry of Default Judgment being filed, counsel are advised of the following requirements for submission of such motion in order to ensure compliance with Rule 55 of the Federal Rule of Civil Procedure:

1. A party seeking a default judgment shall file a motion within 30 days of the date of the issuance of this Order and shall comply with all the requirements of Fed. R. Civ. P. 55, including those related to filing of affidavits. The moving party shall submit with the motion for default judgment an appropriate form of default judgment in the fashion of the draft order attached hereto as Appendix A;

2. Within 14-days from the filing of a motion for default judgment, the party against whom default judgment is sought may file a substantiated opposition to the default judgment motion and request a hearing thereon;

3. The Court will take up the motion for default judgment on the papers at the conclusion of the 14-day period. Should the motion for default judgment at that time fail to comply with Fed. R. Civ. P. 55, the motion will be denied without prejudice, but any renewed motion for default judgment may not include a request for interest, costs, or attorneys' fees in the matter;

4. If for any reason the moving party cannot take necessary and appropriate action within the timeliness set forth herein, that party shall file an affidavit describing the status of this case and show good cause why necessary and appropriate action with respect to this Standing ORDER cannot be taken in a timely fashion and further why this case should remain on the docket. Failure to comply with this paragraph will result in the entry of dismissal of the moving party's claims for want of prosecution.

By the Court,

/s/ Danielle Kelly
Deputy Clerk

Date: April 23, 2024

APPENDIX A

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

_____
Plaintiff(s)

v.                                                                  CIVIL ACTION NO:

_____
Defendant(s)

FORM OF
DEFAULT JUDGMENT

_____,

Defendant _____having failed to plead or otherwise defend in this action and its default having been entered,

 Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____.

 It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant _____the principal amount of $_____, with costs in the amount of $_____and prejudgment interest at the rate of _____% from _____ to _____in the amount of $_____for a total judgment of $_____with interest as provided by law.

By the Court,

_____

DEPUTY CLERK

DATED:

NOTE:  The post judgment interest rate effective this date is _____%.