UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES M. MURRELL III,

            Plaintiff,

v.

PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,

            Defendants.

Civil No. 1:23-cv-11802

## MOTION TO ADMIT JACE J. LEE, ESQ. *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of the Plaintiff, Charles Murrell III, respectfully moves that Jace J. Lee, Esq., of the firm Foley Hoag, LLP, be admitted *pro hac vice* before this Court to act as counsel for Plaintiff in this case.

In support of this motion, the undersigned attorney states that attorney Lee is counsel for the Plaintiff and has executed a certificate in accordance with Local Rule 85.5.3, which is submitted herewith.

The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of Mr. Murrell in this action.

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | FOLEY HOAG LLP |
| Dated: August 16, 2024 |  |
|  | */s/ Anthony Mirenda* |
|  | Anthony Mirenda (BBO No. 550587) |
|  | 155 Seaport Boulevard |
|  | Boston, MA 02210 |
|  | Tel: (617) 832-1000 |
|  | Fax (617) 832-7000 |
|  | ADM@foleyhoag.com |
|  | *Attorneys for Plaintiff* |
|  | *Charles M. Murrell III* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on August 16, 2024 to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any non-registered parties.

*/s/ Anthony Mirenda*
Anthony Mirenda