UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>　　　　　　Defendants. | Civil No. 1:23-cv-11802 |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Jace J. Lee of Foley Hoag LLP on behalf of Plaintiff Charles M. Murrell III.

　　　　　　　　　　　　　　　　　CHARLES M. MURRELL III

　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　/s/ *Jace J. Lee*
　　　　　　　　　　　　　　　　　Jace J. Lee (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 25th Floor
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　Tel: (212) 812-0336
　　　　　　　　　　　　　　　　　Fax: (646) 927-5599
　　　　　　　　　　　　　　　　　jalee@foleyhoag.com

Dated:  August 21, 2024

## CERTIFICATE OF SERVICE

  I certify that on August 21, 2024, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                /s/ *Jace J. Lee*
                Jace J. Lee