UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 1:23-CV-11802-IT

**CHARLES M. MURRELL, III,**
Plaintiff(s),

**v.**

**PATRIOT FRONT, THOMAS ROUSSEAU,**
**And JOHN DOES 1-99**
Defendant(s),

## AFFIDAVIT OF ALTERNATE SERVICE

I, B. Keith Wheeler, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 26th day of August 2024, I served the following documents upon Patriot Front c/o Thomas Rousseau by sending the documents to Patriot Front c/o Thomas Rousseau, by email to patriotfront@protonmail.com and to patriotfront01@gmail.com :.

1. EECF 48_DECLARATION_re_46_MOTION_for_Default_Judgment
2. ECF 46_MOTION_for_Default_Judgment_as_to_Patriot_Front_and_Thomas_Rousseau
3. ECF 47_MEMORANDUM_in_Support_re_46_MOTION_for_Default_Judgment

B. Keith Wheeler
Beacon Hill Research, Inc.
25 Walnut Street
Suite 205
Wellesley Hills, Ma. 02481