UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>                Plaintiff,<br><br>   v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>                Defendants. | Civil Action No. 1:23-cv-11802 |

**PLAINTIFF'S WITNESS LIST**

Pursuant to Local Civil Rule 43.1(b), Plaintiff Charles M. Murrell III, through his counsel, respectfully submits this list of witnesses that he intends to call at the evidentiary hearing scheduled for October 2 and October 3, 2024.

On October 2, 2024, beginning at 9:00 A.M., counsel for Mr. Murrell will call the following witnesses to present live testimony:

(1) Ms. Katrina Jabro

(2) Plaintiff Charles M. Murrell, III

(3) Dr. Tina Adams

On October 3, 2024, beginning at 9:00 A.M., counsel for Mr. Murrell, if necessary, will continue the live examination of Dr. Tina Adams. Counsel for Mr. Murrell will thereafter call the following witness to present live testimony:

(4) Mr. Oliver Burns

Finally, pursuant to the Court's September 24, 2024 Order (ECF No. 51), on October 3, 2024, beginning at 2:30 P.M., counsel for Mr. Murrell will call the following witness to present live testimony via videoconference:

(5) Dr. Peter Simi

| | |
|---|---|
| Dated:  September 25, 2024 | Respectfully Submitted,<br><br>CHARLES M. MURRELL III<br><br>By his attorneys,<br><br>/s/  *James M. Gross*<br>James M. Gross (admitted *pro hac vice*)<br>Jace Lee (admitted *pro hac vice*)<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel:  212-812-0400<br>Fax:  212-812-0399<br>jgross@foleyhoag.com<br>jalee@foleyhoag.com<br><br>Anthony Mirenda (BBO No. 550587)<br>Allen M. Thigpen (BBO No. 707799)<br>Caroline Holliday (BBO No. 707301)<br>FOLEY HOAG LLP<br>155 Seaport Blvd., Suite 1600<br>Boston, Massachusetts 02210-2600<br>Tel:  617-832-1000<br>Fax: 617-832-7000<br>ADM@foleyhoag.com<br>athigpen@foleyhoag.com<br>cholliday@foleyhoag.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of September, 2024, I caused a copy of the above document to be electronically filed using the CM/ECF system. Plaintiff will serve this document on Defendants via the alternative means of service authorized by this Court's November 7, 2023 Order (ECF No. 20).

      /s/ *James M. Gross*
      James M. Gross