UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>   Plaintiff,<br><br> v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99,<br><br>   Defendants. | Civil Action No. 1:23-cv-11802 |

## **PLAINTIFF'S EXHIBIT LIST**

Pursuant to Local Civil Rule 43.1(b), Plaintiff Charles M. Murrell III, through his counsel, respectfully submits this exhibit list in advance of the evidentiary hearing scheduled for October 2 and October 3, 2024.

1. The Complaint filed in the above-captioned proceeding, filed at ECF No. 1 and attached as Exhibit A to ECF No. 48;

2. The image of Defendants' July 2, 2022 attack on Mr. Murrell which appeared in a July 2, 2022 *Boston Herald* article, attached as Exhibit B to ECF No. 48;

3. The image of Defendants' July 2, 2022 attack on Mr. Murrell which appeared in a July 23, 2022 *Boston Globe* article, attached as Exhibit C to ECF No. 48;

4. The image of Mr. Murrell speaking at a press conference on July 4, 2022 which appeared in a July 4, 2022 *Boston Globe* article, attached as Exhibit D to ECF No. 48;

5. The July 2, 2022 Incident Report by Officer Jason Turcotte of the Boston Police Department, attached as Exhibit E to ECF No. 48;

6. The July 9, 2022 Report by Detective Lakenya Webster of the Boston Police Department, attached as Exhibit F to ECF No. 48;

7. Excerpts of Mr. Murrell's July 2, 2022 Medical Records from Tufts Medical Center Emergency Department, attached as Exhibit G to ECF No. 48;

8. Video Footage of the July 2, 2022 attack on Mr. Murrell from a traffic camera, attached as Exhibit H to ECF No. 48;

9. Video Footage of the July 2, 2022 attack on Mr. Murrell from a camera outside a nearby Starbucks, attached as Exhibit I to ECF No. 48;

10. Video Footage of the July 2, 2022 attack on Mr. Murrell and immediate aftermath from a Boston Police Department officer's body camera, attached as Exhibit J to ECF No. 48;

11. Video Footage of Emergency Medical Services' treatment of Mr. Murrell on July 2, 2022, attached as Exhibit K to ECF No. 48;

12. Video Footage created by Patriot Front entitled "Drilling Instruction" and dated October 2021, attached as Exhibit L to ECF No. 48;

13. Video Footage created by Patriot Front capturing physical training of Patriot Front members, described in Paragraph 79 of the Complaint and attached as Exhibit M to ECF No. 48;

14. Video Footage created by Patriot Front capturing physical training of Patriot Front members, described in Paragraph 80 of the Complaint and attached as Exhibit N to ECF No. 48;

15. Video Footage published by Patriot Front on its social media pages, attached as Exhibit O to ECF No. 48;

16. The *curriculum vitae* for Dr. Tina Adams; and

17. The *curriculum vitae* for Dr. Peter Simi.

| | |
|---|---|
| Dated:  September 25, 2024 | Respectfully Submitted, |

CHARLES M. MURRELL III

By his attorneys,

/s/  *James M. Gross*
James M. Gross (admitted *pro hac vice*)
Jace Lee (admitted *pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel:  212-812-0400
Fax:  212-812-0399
jgross@foleyhoag.com
jalee@foleyhoag.com

Anthony Mirenda (BBO No. 550587)
Allen M. Thigpen (BBO No. 707799)
Caroline Holliday (BBO No. 707301)
FOLEY HOAG LLP
155 Seaport Blvd., Suite 1600
Boston, Massachusetts 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000
ADM@foleyhoag.com
athigpen@foleyhoag.com
cholliday@foleyhoag.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of September, 2024, I caused a copy of the above document to be electronically filed using the CM/ECF system.  Plaintiff will serve this document on Defendants via the alternative means of service authorized by this Court's November 7, 2023 Order (ECF No. 20).

/s/ *James M. Gross*
James M. Gross