**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES M. MURRELL III,<br><br>          Plaintiff,<br><br>v.<br><br>PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99<br><br>          Defendants. | Civil Action No.: 1:23-cv-11802 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of the appearance of Jace J. Lee for plaintiff Charles M. Murrell III ("Plaintiff"). Plaintiff will continue to be represented by counsel of record from Foley Hoag LLP.

Dated: October 25, 2024

Respectfully submitted,

*/s/ Jace J. Lee*
Jace J. Lee (admitted *pro hac vice*)
Foley Hoag LLP
1301 Avenue of the Americas, 25th Fl
New York, NY 10019
(212) 812-0400
jalee@foleyhoag.com