**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES M. MURRELL III, <br><br> Plaintiff, <br><br> v. <br><br> PATRIOT FRONT, THOMAS ROUSSEAU, AND JOHN DOES 1-99, <br><br> Defendants. | Civil No. 1:23-cv-11802-IT |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO JOHN DOES 1-99**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as directed by this Court in its January 13, 2025 Memorandum and Order, ECF No. 61 at 2 n.1, Plaintiff Charles M. Murrell III hereby provides notice of voluntary dismissal without prejudice of his claims against John Does 1-99.

Dated: January 31, 2025	Respectfully Submitted,

CHARLES M. MURRELL III

By his attorneys,

/s/ *James M. Gross*
James M. Gross (admitted *pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-812-0400
Fax: 212-812-0399
jgross@foleyhoag.com


Anthony Mirenda (BBO No. 550587)
Allen M. Thigpen (BBO No. 707799)
Caroline Holliday (BBO No. 707301)
FOLEY HOAG LLP
155 Seaport Blvd., Suite 1600
Boston, Massachusetts 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
ADM@foleyhoag.com
athigpen@foleyhoag.com
cholliday@foleyhoag.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2025, I caused a copy of the above document to be electronically filed using the CM/ECF system. Plaintiff will serve this Notice on Defendants via the alternative means of service authorized by this Court's November 7, 2023 Order (ECF No. 20).

/s/ *James M. Gross*
James M. Gross