UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 1:23-CV-11802-IT

**CHARLES M. MURRELL, III,**
    Plaintiff(s),

v.

**PATRIOT FRONT, THOMAS ROUSSEAU,**
**And JOHN DOES 1-99**
    Defendant(s),

## AFFIDAVIT OF ALTERNATE SERVICE

I, B. Keith Wheeler, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 12th day of February 2025, I served the following documents upon Patriot Front c/o Thomas Rousseau by sending the documents to Patriot Front c/o Thomas Rousseau, by email to patriotfront@protonmail.com and to patriotfront01@gmail.com :.

US_DIS_MAD_1_23cv11802_d145838944e2487_DECLARATION_re_62_MOTION_for_Attorney_Fees_Plaintiff
US_DIS_MAD_1_23cv11802_d145838944e2579_MEMORANDUM_in_Support_re_62_MOTION_for_Attorney_Fees
US_DIS_MAD_1_23cv11802_d145838944e2607_NOTICE_of_Voluntary_Dismissal_by_Charles_M_Murrell

B. Keith Wheeler
Beacon Hill Research, Inc.
25 Walnut Street
Suite 205
Wellesley Hills, Ma. 02481