UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles M. Murrell, III, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> Patriot Front, Thomas Rousseau, and John * <br> Does 1-99, * <br> * <br> Defendants. * | Civil Action No. 1:23-cv-11802-IT |

JUDGMENT
March 11, 2025

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 61] granting Plaintiff Charles Murrell's Motion for Default Judgment [Doc. No. 46], default judgment is entered as to all claims in Plaintiff's Complaint [Doc. No. 1] against Defendants Patriot Front and Thomas Rousseau and in favor of Plaintiff Murrell. The court awards Murrell $25,000 for physical injuries, $500,000 for psychological injuries and emotional distress damages, $230,000 in special damages for lost wages and earning opportunities, and $2,000,000 in punitive damages, for a total judgment of **$2,755,000**, post-judgment interest as provided by law,[1] and reasonable attorneys' fees in an amount to be determined pending resolution of Plaintiff Murrell's Motion for Reasonable Attorneys' Fees and Costs [Doc. No. 62].

Pursuant to Plaintiff's Notice of Voluntary Dismissal [65] and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against John Does 1-99 are dismissed without prejudice.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] The post judgment interest rate effective this date is 4.05%.