UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 1:23-CV-11802-IT

**CHARLES M. MURRELL, III,**
      Plaintiff(s),

v.

**PATRIOT FRONT, THOMAS ROUSSEAU,
And JOHN DOES 1-99**
      Defendant(s),

## AFFIDAVIT OF ALTERNATE SERVICE

I, B. Keith Wheeler, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 14th day of March 2025, I served the following documents upon Patriot Front c/o Thomas Rousseau by sending the documents to Patriot Front c/o Thomas Rousseau, by email to patriotfront@protonmail.com and to patriotfront01@gmail.com :.

DE 67 - Judgment (1)

B. Keith Wheeler
Beacon Hill Research, Inc.
25 Walnut Street
Suite 205
Wellesley Hills, Ma. 02481